```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 51286
   MATTIE O SIMS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8855


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 10/13/2005 and was confirmed 12/12/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   25.00%.

      The case was dismissed after confirmation 09/22/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------
CODILIS & ASSOCIATES ^  NOTICE ONLY     NOT FILED            .00             .00
AMERICAN HOME MTG SERVIC MORTGAGE ARRE  18500.97             .00        12668.35
AMERICAN HOME MTG SERVIC CURRENT MORTG      .00              .00             .00
COLUMBIA NATIONAL INC   NOTICE ONLY     NOT FILED            .00             .00
COLUMBIA NATIONAL INC   NOTICE ONLY     NOT FILED            .00             .00
RADIOSHACK CREDIT PLAN  SECURED          1336.00             .00          914.81
ROUNDUP FUNDING LLC     UNSECURED        3966.88             .00             .00
ROUNDUP FUNDING LLC     UNSECURED        1012.16             .00             .00
CAPITAL ONE BANK        UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC     UNSECURED         388.30             .00             .00
RESURGENT CAPITAL SERVIC UNSECURED        103.58             .00             .00
RESURGENT CAPITAL SERVIC UNSECURED       1630.76             .00             .00
US BANK/FIRSTAR BANK    UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP   UNSECURED        1613.09             .00             .00
ECAST SETTLEMENT CORP   UNSECURED       11488.18             .00             .00
DENNIS G KNIPP          ATTORNEY         1700.00             .00         1700.00
PRO SE DEBTOR           DEBTOR ATTY         .00                              .00
TOM VAUGHN              TRUSTEE                                           981.84
DEBTOR REFUND           REFUND                                               .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                16,265.00

PRIORITY                                        .00
SECURED                                   13,583.16
UNSECURED                                       .00
ADMINISTRATIVE                             1,700.00
TRUSTEE COMPENSATION                         981.84
DEBTOR REFUND                                   .00

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 51286 MATTIE O SIMS
```

```
                                ---------------      ---------------
TOTALS                                16,265.00            16,265.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |